# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| ZACHARY SPADA, | : No. 1 WAP 2022 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court entered |
| | : December 22, 2021 at No. 93 MD |
| v. | : 2021. |
| | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF | : |
| CORRECTIONS, ATTORNEY GENERAL | : |
| OF PENNSYLVANIA, IN THEIR | : |
| INDIVIDUAL AND OFFICIAL CAPACITIES, | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**

    **AND NOW,** this 16th day of August, 2022, the order of the Commonwealth Court is **AFFIRMED**.  The "Motion to Order Service by Legal Mail" is **DENIED**.